UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br>           Plaintiff,<br>v.<br>ALLEN, et al.,<br>           Defendants. | Case No. 22-cv-06551-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff commenced this action on or about October 24, 2022, by filing a complaint in the Eastern District of California. Dkt. No. 1. The Eastern District of California transferred the action to this district, on the grounds that venue was proper here because the defendants did not appear to reside in the Eastern District of California and the claims appeared to have arisen in Monterey County. Dkt. No. 3. Upon this action being transferred to this Court, the Clerk informed Plaintiff that the action was deficient because he had not properly filed an application for leave to proceed *in forma pauperis*. Dkt. No. 5. Specifically, Plaintiff had not submitted the proper *in forma pauperis* application form, had not completed the form in its entirety, and had not signed the application. *Id.* The Court instructed Plaintiff to correct these deficiencies by November 23, 2022, or the action would be dismissed. *Id.* The Court sent Plaintiff a blank *in forma pauperis* application form and postage-paid return envelope. *Id.*

The deadline to file an application for leave to proceed *in forma pauperis* has passed. Plaintiff has not filed the required documents. Accordingly, this action is DISMISSED for failure to either pay the filing fee or file a complete application to proceed *in forma pauperis*. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete application to proceed *in forma*

1  *pauperis*.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close
2  the case.
3      **IT IS SO ORDERED.**
4  Dated: 12/16/2022

                                      HAYWOOD S. GILLIAM, JR.
                                      United States District Judge