UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL FOUST,

        Plaintiff,

   v.

ALLEN, et al.,

        Defendants.

Case No. 22-cv-06551-HSG

**JUDGMENT**

The Court has DISMISSED this action without prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/16/2022

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge